IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

NIKIFOROS P. KALFOUNTZOS,

    Plaintiff,                    No. 2:12-cv-529-MCE-EFB PS

    vs.

ARNE DUNCAN; TIMOTHY GEITHNER,

    Defendants.                  **FINDINGS AND RECOMMENDATIONS**

/

       This case, in which plaintiff is proceeding *in propria persona* and *in forma pauperis*, is before the undersigned pursuant to Eastern District of California Local Rule 302(c)(21). *See* 28 U.S.C. § 636(b)(1). On June 26, 2012, the undersigned granted plaintiff's request to proceed *in forma pauperis*, but dismissed plaintiff's complaint and petition for writ of mandamus pursuant to 28 U.S.C. § 1915(e)(2). Dckt. No. 5. The order explained the deficiencies in plaintiff's complaint and petition for writ of mandamus, gave plaintiff thirty days to file an amended complaint correcting those deficiencies, and warned plaintiff that failure to file an amended complaint would result in a recommendation that this action be dismissed. *Id.*

////

////

////

1

1       The deadline has now passed and plaintiff has not filed an amended complaint.

2 Accordingly, IT IS HEREBY RECOMMENDED that this action be dismissed and that the Clerk

3 be directed to close this case. Fed. R. Civ. P. 41(b); L.R. 110.

4       These findings and recommendations are submitted to the United States District Judge

5 assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l). Within fourteen days

6 after being served with these findings and recommendations, any party may file written

7 objections with the court and serve a copy on all parties. Such a document should be captioned

8 "Objections to Magistrate Judge's Findings and Recommendations." Failure to file objections

9 within the specified time may waive the right to appeal the District Court's order. *Turner v.*

10 *Duncan*, 158 F.3d 449, 455 (9th Cir. 1998); *Martinez v. Ylst*, 951 F.2d 1153 (9th Cir. 1991).

11 Dated: August 21, 2012.

                EDMUND F. BRENNAN
                UNITED STATES MAGISTRATE JUDGE